**FILED**
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

CCC

UNITED STATES DISTRICT COURT JAN 14 2011      ★
EASTERN DISTRICT OF NEW YORK

**LONG ISLAND OFFICE**

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                O R D E R

   - against -                            10-M-1503

VINCENT MCCRUDDEN

       Defendant.

- - - - - - - - - - - - - - - - - X

     Application having been made by Assistant United States
Attorney Christopher Caffarone for an Order unsealing the
complaint and affidavit filed December 21, 2010 in the above-
captioned case, it is hereby:

     ORDERED that the complaint and affidavit filed on
December 21, 2010 are unsealed for all purposes.

Dated:      Central Islip, New York
          January 14, 2011

                   /S/ E. Thomas Boyle, MJ

                UNITED STATES MAGISTRATE JUDGE
                EASTERN DISTRICT OF NEW YORK